WILLIAM K. ARCHBOLD, as Trustee in Bankruptcy of the Estate of WILLIAM L. WALLACE, Appellant, *v.* FIRST TRUST & DEPOSIT COMPANY, Respondent.

Argued October 4, 1939; decided October 20, 1939

*George H. Bond* for appellant.

*H. Duane Bruce* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.